UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEICHNER, ELLMAN & KRAUSE, LLP,<br>Plaintiff and Interpleader Plaintiff,<br><br>v.<br><br>KATHY COKUS, Defendant and Interpleader<br>Defendant, and OCTAVIO PENA, Interpleader<br>Defendant. | No. 07-CIV-9521<br><br><u>MOTION TO DISMISS</u><br><u>DUE TO PENDENCY</u><br><u>OF A PRIOR ACTION</u> |

   **AND NOW**, comes Defendant Kathy Cokus, by and through her undersigned counsel, Bochetto & Lentz, P.C., and moves this Court for an Order dismissing this action due to the pendency of a prior action. In support of this Motion, Cokus incorporates by reference the accompanying Memorandum of Law being filed contemporaneously herewith.

                  Respectfully submitted,

                  **BOCHETTO & LENTZ, P.C.**

                  /s/
              By:_____
                George Bochetto, Esquire
                1524 Locust Street
                Philadelphia, PA 19102
                Ph: (215) 735-3900
                Fx: (215) 735-2455
                *Attorney for Defendant Kathy Cokus*

Date: November 14, 2007