## CERTIFICATE OF SERVICE

I, George Bochetto, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing Motion to Dismiss Due to Pendency of Prior Action upon the following counsel via facsimile and first-class mail:

John B. Harris, Esquire
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022
Facsimile: (212) 223-1942

Arnold I. Kalman, Esquire
245 South Hutchinson Street
Philadelphia, PA 19107
Facsimile: (215) 829-9619

BOCHETTO & LENTZ, P.C.

By: /s/
George Bochetto, Esquire

Date: November 14, 2007