AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

## APPEARANCE

Case Number: 07 CIV 9521

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Octavio Pena
Interpleader Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/19/2007 | *[signature]* |
| Date | Signature |
| | James C. Sherwood    JC-6391 |
| | Print Name    Bar Number |
| | Schlam Stone & Dolan LLP, 26 Broadway |
| | Address |
| | New York    NY    10004 |
| | City    State    Zip Code |
| | (212) 344-5400    (212) 344-7677 |
| | Phone Number    Fax Number |