AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number:  07 CIV 9521

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Octavio Pena
Interpleader Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/19/2007 | _[signature]_ |
| Date | Signature |
| | Arnold I. Kalman                                    AK-1932 |
| | Print Name                                    Bar Number |
| | Law Office of Arnold I. Kalman, 245 South Hutchinson St. |
| | Address |
| | Philadelphia              PA              19107 |
| | City              State              Zip Code |
| | (215) 829-9613              (215) 829-9619 |
| | Phone Number              Fax Number |