# EXHIBIT C

## BOCHETTO & LENTZ
A PROFESSIONAL CORPORATION

GEORGE BOCHETTO†
GAVIN P. LENTZ*
JEFFREY W. OGREN*
STEPHEN E. SKOVRON*
DAVID P. HEIM*
VINCENT van LAAR *
SCOTT P. SIGMAN*
TODD S. McGARVEY*
TRICIA DESMARIAS

DAVID J. PERLMAN*
OF COUNSEL

CORA O'DONNELL, J.D.
LYNNE T. NUCCI, C.E.B.S.
MARIA TROUT
JANINE BAKER
PARALEGALS

PRACTICE DEDICATED TO LITIGATION MATTERS

ATTORNEYS AT LAW
1524 LOCUST STREET
PHILADELPHIA, PA 19102

TELEPHONE: (215) 735-3900
TELECOPIER: (215) 735-2455

E-MAIL ADDRESS:
gbochetto@bochettoandlentz.com
WEBSITE: bochettoandlentz.com

NEW JERSEY OFFICE

1230 BRACE ROAD
CHERRY HILL, NEW JERSEY 08034
TELEPHONE NUMBERS:
(856) 722-9595
(856) 427-0631
TELECOPIER: (856) 722-5511

†ALSO ADMITTED TO NEW YORK BAR
*ALSO ADMITTED TO NEW JERSEY BAR

October 26, 2007

**Via Overnight Mail - Signature Required**
Zeichner Ellman & Krause, LLP
575 Lexington Avenue
New York, NY 10022

    RE: **Octavio Pena v. Kathy Cokus**
          **Bucks County CCP; No. 07-08068-29-1**

Dear Sir/Madam:

    Enclosed is a timed-stamped copy of the Praecipe for Summons to join your firm as an additional defendant in the above-referenced matter. This letter and enclosure, coming to you by overnight mail, constitutes Service of Process pursuant to the Pennsylvania Rules of Civil Procedure

    Sincerely,

    BOCHETTO & LENTZ, P.C.

    By: _____
          George Bochetto

GB/jr
Encl.

## IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

### CIVIL DIVISION

Plaintiff(s) & Address(es):

Octavio Pena
5835 Upper Mountain Road
New Hope PA 18938

vs.

File No. _____

Defendant(s) & Address(es):

Kathy Cokus
1816 Polo Run Drive
Morisville, PA 19067

Civil Action - No. 07-08068-29-1

### PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY/CLERK OF SAID COURT:

Issue summons to join additional defendants in the above case.

__x__ Writ of Summons shall be issued and forwarded to Attorney/Sheriff.

Date: October 11, 2007

Signature of Attorney

Print Name: George Bochetto
Address: 1524 Locust Street
Philadelphia, PA 19102
Telephone: (215) 735-3900
Supreme Court ID No.: 27783

* * * * *

### SUMMONS IN CIVIL ACTION

TO: Nathan Schwed, Esquire and Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION AGAINST YOU.

PATRICIA L. BACHTLE,
PROTHONOTARY

Date: 10/11/07       by: _____
                              Deputy

SEAL
OF THE
COURT

E-4F-1                                              (Rev. 9/00)