### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| **ZEICHNER, ELLMAN & KRAUSE, LLP,**<br>**Plaintiff and Interpleader Plaintiff,** | : | No. 07-CIV-9521 |
| | : | |
| **v.** | : | **NOTICE OF DEFENDANT** |
| | : | **KATHY COKUS'S** |
| | : | **CROSS-MOTION TO DISMISS** |
| **KATHY COKUS, Defendant and Interpleader** | : | **FOR LACK OF DIVERSITY** |
| **Defendant, and OCTAVIO PENA, Interpleader** | : | **JURISDICTION** |
| **Defendant.** | : | |

_____ :

     **AND NOW**, comes Defendant Kathy Cokus ("Cokus"), by and through undersigned

counsel, Bochetto & Lentz, P.C., and in addition to moving to dismiss due to the pendency of a

prior action, and, in addition to opposing Plaintiff's Cross-Motion to Deposit Funds, she moves

this Court for an Order dismissing this action for lack of diversity jurisdiction.  In support of this

Motion, Cokus incorporates by reference the accompanying Memorandum of Law being filed

contemporaneously herewith and the papers filed in connection with her Motion to Dismiss Due

to Pendency of Prior Action.

                         Respectfully submitted,

                         **BOCHETTO & LENTZ, P.C.**

                         /s/

By:_____
           George Bochetto, Esquire
           David J. Perlman, Esquire
           1524 Locust Street
           Philadelphia, PA 19102
           Ph: (215) 735-3900
           Fx: (215) 735-2455

Date: December 10, 2007               *Attorneys for Defendant Kathy Cokus*

## <u>CERTIFICATE OF SERVICE</u>

I, George Bochetto, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Defendant Kathy Cokus's Cross-Motion to Dismiss for Lack of Diversity Jurisdiction upon the following counsel via overnight mail:

John B. Harris, Esquire
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022

Arnold I. Kalman, Esquire
245 South Hutchinson Street
Philadelphia, PA 19107

**BOCHETTO & LENTZ, P.C.**

/s/
By:_____
George Bochetto, Esquire

Date: December 10, 2007