UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEICHNER, ELLMAN & KRAUSE, LLP,<br>Plaintiff and Interpleader Plaintiff,<br><br>v.<br><br>KATHY COKUS, Defendant and Interpleader Defendant, and OCTAVIO PENA, Interpleader Defendant. | No. 07-CIV-9521<br><br>MOTION TO DISMISS<br>AMENDED CROSS CLAIM<br>OF OCTAVIO PENA |

AND NOW, comes Defendant Kathy Cokus, by and through her undersigned counsel, Bochetto & Lentz, P.C., and move this Court for an Order dismissing the Amended Cross Claim of Octavio Pena. In support of this Motion, Cokus incorporates by reference the accompanying Memorandum of Law being filed contemporaneously herewith and documents referenced in the Memorandum.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By: /s/ _____
George Bochetto, Esquire
David J. Perlman, Esquire
1524 Locust Street
Philadelphia, PA 19102
Ph: (215) 735-3900
Fx: (215) 735-2455

Date: December 13, 2007                    *Attorney for Defendant Kathy Cokus*