## CERTIFICATE OF SERVICE

I, George Bochetto, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing Defendant Kathy Cokus's Supplemental Memorandum in Opposition to Motion to Deposit Funds upon the following counsel via overnight mail:

John B. Harris, Esquire
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022


Arnold I. Kalman, Esquire
245 South Hutchinson Street
Philadelphia, PA 19107


James C. Sherwood, Esquire
Andrew S. Harris, Esquire
SCHLAM, STONE & DOLAN, LLP
26 Broadway, 19th floor
New York, NY 10004


**BOCHETTO & LENTZ, P.C.**

/s/
By:_____
George Bochetto, Esquire

Date: December 14, 2007