USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ZEICHNER ELLMAN & KRAUSE LLP,
Plaintiff and Interpleader Plaintiff,

   – against –

KATHY COKUS, Defendant and Interpleader
Defendant, and OCTAVIO PENA, Interpleader
Defendant.
------------------------------------X
------------------------------------X
OCTAVIO PENA, Cross-Claim Plaintiff,

   -against-

KATHY COKUS, Cross-Claim Defendant,
------------------------------------X

No. 07 Civ. 9521 (JGK)(MHD)

**ECF Case**

  IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned attorneys for all parties to this action, that:

  (1) Plaintiff and Interpleader-Plaintiff's complaint, and all claims asserted therein, against Defendant and Interpleader-Defendant Kathy Cokus and Interpleader-Defendant Octavio Pena be, and the same hereby are, discontinued and dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs to any party;

  (2) the cross-claim of Cross-Claim Plaintiff Octavio Pena as against Cross-Claim Defendant Kathy Cokus be, and the same hereby is, discontinued and dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs to any party; and

(3) this Stipulation and Order may be filed with the Clerk of this Court without further notice.

Dated: New York, New York
April 18, 2008

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: *John B. Harris*
John B. Harris (JH-4038)

425 Park Avenue
New York, NY 10022
(212) 223-0200
Attorneys for Plaintiff and
Interpleader-Plaintiff

LAW OFFICES OF ARNOLD I. KALMAN

By: *Arnold I. Kalman*
Arnold I. Kalman (AK 1932)

245 South Hutchinson Street
Philadelphia, PA 19107-5722
(215) 829-9613
Attorneys for Interpleader-Defendant and
Cross-Claim Plaintiff Octavio Pena

BOCHETTO & LYNCH

By: *George Bochetto*
George Bochetto (GB-2121)

1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
Attorneys for Defendant, Interpleader-
Defendant and Cross-Claim Defendant
Kathy Cokus

The Clerk is directed to close this case.

SO ORDERED:

_____
U.S.D.J.
4/22/08

2